UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNE T. KAVANAGH, | 25-CV-8753 (JPC) (RFT) |
| Plaintiff, | |
| -against- | **ORDER** |
| INTERNAL REVENUE SERVICE, | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference on February 13, 2026, Defendant shall either 1) produce the IRS Appeal File by **April 13, 2026**, with the remainder of the production to be completed in due course at the anticipated rate of 500 pages per month; or 2) complete its production by **August 14, 2026**.

DATED:        February 13, 2026
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge