UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNE T. KAVANAGH,

Plaintiff,

-against-

INTERNAL REVENUE SERVICE,

Defendants.

25-CV-8753 (JPC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By **August 26,2026**, the parties shall file a joint update on the status of document production.

DATED: August 19, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge